**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al., | § | |
| Plaintiffs, | § | |
| | § | Case No. 2:16-cv-00393-RWS |
| v. | § | LEAD CASE |
| | § | |
| AVG TECHNOLOGIES USA, INC., et al | § | |
| UBISOFT, INC | § | Case No. 2:16-cv-00397-RWS |
| Defendants. | | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**OF ALL CLAIMS BY UNILOC AGAINST UBISOFT, INC.**

On this day, the Court considered Plaintiffs, Uniloc USA, Inc., and Uniloc Luxembourg

S.A. ("Uniloc"), and Defendant, Ubisoft, Inc.'s ("Ubisoft") Stipulation of Dismissal Without

Prejudice of All Claims by Uniloc Against Ubisoft, Inc. pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii).

Accordingly it is **ORDERED** that:

1. All claims by Uniloc against Ubisoft in Case No. 2:16-cv-00397-RWS are

**DISMISSED WITHOUT PREJUDICE**

2. Uniloc and Ubisoft shall each bear its own attorney's fees, expenses, and costs.

3. All other relief requested between Uniloc and Ubisoft in Case No. 2:16-cv-00397-

RWS should be denied without prejudice, as moot.

**SIGNED this 26th day of October, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE